381 A.2d 907

Gemberling et ux., Appellants, v. Myers.

Myers v. Gemberling, Appellant.

Weaver et al. v. Gemberling, Appellant, et al.

Shelly v. Myers (et al., Appellant).

Argued September 14, 1977. Harvey Freedenberg, with him G. Thomas Miller, for appellants Gemberling at Nos. 1345 to 1348, inclusive; John Milton

618

Ranck, with him Ranck and Ranck, for appellee Myers at Nos. 1345 to 1348, inclusive; William A. Atlee, Jr., for appellee Shelly at No. 1348; John L. Sampson, with him James S. Sorrentino, for appellee Weaver at No. 1347.

Orders and judgments affirmed.